PAUL F. UTRECHT (SBN# 118658)
paul@zulpc.com
JAMES B. KRAUS (SBN# 184118)
james@zulpc.com
ZACKS UTRECHT & LEADBETTER, P.C.
235 Montgomery Street, Suite 400
San Francisco, CA 94104
Tel: (415) 956-8100
Fax: (415) 288-9755

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND

| | |
|---|---|
| AUGUSTINE FALLAY ) | ACTION NO: CV-08-2261-EMC |
| ) | |
| Plaintiff, ) | CONSENT TO PROCEED BEFORE |
| ) | A UNITED STATES MAGISTRATE |
| v. ) | JUDGE |
| ) | |
| CITY AND COUNTY OF SAN ) | |
| FRANCISCO, SAN FRANCISCO ) | |
| DEPARTMENT OF BUILDING ) | |
| INSPECTION, DAVID PFEIFER, ) | |
| DAVID CARR, BRUCE WHITTEN, ) | |
| FIRST AMERICAN SPECIALTY ) | |
| INSURANCE COMPANY, ROBERT ) | |
| DALTON, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

1

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Date: July 25, 2008

ZACKS UTRECHT & LEADBETTER, P.C.
235 Montgomery Street, Suite 400
San Francisco, CA 94104

By: _____
James B. Kraus
Attorneys for Plaintiff