1  PAUL F. UTRECHT (SBN# 118658)
   paul@zulpc.com
2  JAMES B. KRAUS (SBN# 184118)
   james@zulpc.com
3  ZACKS UTRECHT & LEADBETTER, P.C.
4  235 Montgomery Street, Suite 400
   San Francisco, CA 94104
5  Tel: (415) 956-8100
6  Fax: (415) 288-9755

7  Attorneys for Plaintiff

8                    UNITED STATES DISTRICT COURT
9
10                   NORTHERN DISTRICT OF CALIFORNIA
11                        SAN FRANCISCO/OAKLAND

12
13 AUGUSTINE FALLAY              )   ACTION NO: CV-08-2261-EMC
                                 )
14          Plaintiff,           )   PLAINTIFF'S MOTION TO
                                 )   EXTEND DATE TO SERVE
15     v.                        )   SUMMONS AND COMPLAINT; AND
                                 )   TO RESET CASE MANAGEMENT
16 CITY AND COUNTY OF SAN        )   CONFERENCE
17 FRANCISCO, SAN FRANCISCO      )
   DEPARTMENT OF BUILDING        )
18 INSPECTION, DAVID PFEIFER,    )
   DAVID CARR, BRUCE WHITTEN,    )
19 FIRST AMERICAN SPECIALTY      )
20 INSURANCE COMPANY, ROBERT     )
   DALTON,                       )
21                               )
22          Defendants.          )
                                 )

23
24
25
26
27
28
                              1
                                              CV-08-2261 EMC
                                              Motion to Extend Time

## TABLE OF CONTENTS

I.    INTRODUCTION ........................................................................................................ 1

II.   ARGUMENT .............................................................................................................. 2

    A.    Summons And Complaint ................................................................................ 2

    B.    Case Management Conference ........................................................................ 2

III.  CONCLUSION .......................................................................................................... 3

## TABLE OF AUTHORITIES

Henderson v. U.S. (1996) 517 U.S. 654 ............................................................................ 2

FRCP 4(m) ........................................................................................................................ 1

Local Rule 6-3 .................................................................................................................. 3

Local Rule 7 ...................................................................................................................... 3

Local Rule 16-2(d) ............................................................................................................ 3

I.   **INTRODUCTION**

Plaintiff Augustine Fallay moves this Court for an order that: 1) enlarges his time to serve process in this case to October 15; and 2) resets the case management conference to November 26.

This is a case in which the City, certain federal officials and certain private actors, violated the civil rights of Mr. Fallay, a former city official, by falsely accusing him of graft and corruption in the performance of his duties. In a criminal trial last June, a jury acquitted Mr. Fallay on four counts and the 29 remaining counts were dismissed. Aside from the emotional distress he suffered during the harassment as described in his complaint, he lost his job with the City. He is now in arbitration to recover that job. Mr. Fallay expects a decision to be reached by late September/early October. The results of that arbitration could significantly affect the scope of the complaint.

Mr. Fallay filed his complaint on April 30, 2008 to protect against the running of the statute of limitations. He had hoped to be able to exhaust the administrative process first, but that proved impossible. He has not served the Defendants because he hopes/wishes to amend the complaint to reflect the outcome of the arbitration prior to significant expenditures of the parties' legal resources.

II.  **ARGUMENT**

   A.   **Summons And Complaint**

Under FRCP 4(m), Fallay has 120 days to serve the summons and complaint. However, for good cause, the Court can extend the time for an

appropriate period. (<u>Henderson v. U.S.</u> (1996) 517 U.S. 654, 663, fn. 10) Fallay asserts that he has good cause in that the pending arbitration will affect the scope of his injuries and what redress may be open to him. That may result in significant amendment to the complaint. As well, he believes that the arbitration process should not be affected or impacted by a high-profile civil rights complaint (his case was the subject of July 29 story in the San Francisco Examiner).

B.  <u>Case Management Conference</u>

An initial CMC is currently set for August 6 and the joint CMC statement is due tomorrow (July 30). Since Mr. Fallay has not yet served the complaint, both deadlines are impractical. As stated above, Mr. Fallay has held off service to allow the arbitration to go forward. The purposes of the conference are set forth in FRCP 16:

(1) expediting disposition of the action;

(2) establishing early and continuing control so that the case will not be protracted because of lack of management;

(3) discouraging wasteful pretrial activities;

(4) improving the quality of the trial through more thorough preparation; and

(5) facilitating settlement.

Holding the initial CMC prior to the results of the arbitration will be ineffective in managing the case. Each of the purposes stated above will be better served if the conference is continued to November 26, which will enable Mr. Fallay to

serve all the parties, which may be difficult given that some of the individual Defendants may not be easily amenable to service. It will also give the parties sufficient time to meet and confer. Thus, Mr. Fallay proposes that the conference be set for November 26 with the statement to be submitted November 19. There have not been any previous time modifications. The Court has power, pursuant to Local Rules 6-3, 7, and 16-2(d) to change the conference date.

III. <u>CONCLUSION</u>

      For the reasons stated above, the Court should extend Mr. Fallay's time to serve the summons and complaint, and should continue the CMC accordingly.

Date: July 29, 2008

ZACKS UTRECHT & LEADBETTER, P.C.
235 Montgomery Street, Suite 400
San Francisco, CA 94104

By: _____
James B. Kraus
Attorneys for Plaintiff

3

1  PAUL F. UTRECHT (SBN# 118658)
   paul@zulpc.com
2  JAMES B. KRAUS (SBN# 184118)
   james@zulpc.com
3  ZACKS UTRECHT & LEADBETTER, P.C.
4  235 Montgomery Street, Suite 400
   San Francisco, CA 94104
5  Tel: (415) 956-8100
6  Fax: (415) 288-9755

7  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO/OAKLAND

| | |
|---|---|
| AUGUSTINE FALLAY ) | ACTION NO: CV-08-2261-EMC |
| ) | |
| Plaintiff, ) | DECLARATION OF JAMES B. |
| ) | KRAUS IN SUPPORT OF |
| v. ) | PLAINTIFF'S MOTION TO |
| ) | EXTEND DATE TO SERVE |
| CITY AND COUNTY OF SAN ) | SUMMONS AND COMPLAINT; AND |
| FRANCISCO, SAN FRANCISCO ) | TO RESET CASE MANAGEMENT |
| DEPARTMENT OF BUILDING ) | CONFERENCE |
| INSPECTION, DAVID PFEIFER, ) | |
| DAVID CARR, BRUCE WHITTEN, ) | |
| FIRST AMERICAN SPECIALTY ) | |
| INSURANCE COMPANY, ROBERT ) | |
| DALTON, ) | |
| ) | |
| Defendants. ) | |

I, James B. Kraus, declare as follows:

1. I am an attorney for Plaintiff. I have personal knowledge of the following facts and could testify truthfully thereto if called to do so.

2. The complaint alleges that, for impermissible reasons, the City & County of San Francisco, certain of its officials, certain federal officials, and certain private parties conspired to and did violate Mr. Fallay's civil rights. I had the complaint filed on April 30, 2008 to prevent the running of the statute of limitations.

3. Mr. Fallay is in administrative arbitration with the City regarding his termination from City employment. The arbitrator is expected to render a decision on whether Mr. Fallay may have his job back by early October of this year.

4. Whether Mr. Fallay prevails will probably affect this complaint and I anticipate amending it to reflect the outcome of the arbitration – both substantively and in response to any possible collateral estoppel (issue preclusion) may occur.

5. I have held off serving the complaint to allow the arbitration process to go forward in peace and so that the parties thereto could focus on it without the pressure of federal litigation.

I declare, under penalty of perjury of the laws of the United States, that the foregoing is true and correct.

Date: July 29, 2008

James B. Kraus

1  PAUL F. UTRECHT (SBN# 118658)
   paul@zulpc.com
2  JAMES B. KRAUS (SBN# 184118)
   james@zulpc.com
3  ZACKS UTRECHT & LEADBETTER, P.C.
   235 Montgomery Street, Suite 400
4  San Francisco, CA 94104
   Tel: (415) 956-8100
5  Fax: (415) 288-9755
6
7  Attorneys for Plaintiff
8
              UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA
10
              SAN FRANCISCO/OAKLAND
11
12
13 AUGUSTINE FALLAY           )   ACTION NO: CV-08-2261-EMC
                              )
14        Plaintiff,          )   ORDER GRANTING PLAINTIFF'S
                              )   MOTION TO EXTEND DATE TO
15    v.                      )   SERVE SUMMONS AND
                              )   COMPLAINT; AND TO RESET CASE
16 CITY AND COUNTY OF SAN     )   MANAGEMENT CONFERENCE
   FRANCISCO, SAN FRANCISCO   )
17 DEPARTMENT OF BUILDING     )
   INSPECTION, DAVID PFEIFER, )
18 DAVID CARR, BRUCE WHITTEN, )
   FIRST AMERICAN SPECIALTY   )
19 INSURANCE COMPANY, ROBERT  )
   DALTON,                    )
20                            )
21        Defendants.         )
                              )
22
23
24
25
26
27
28
                                              CV-08-2261 EMC
                                              Motion to Extend Time - order

On July 29, 2008, Plaintiff moved this Court for an order extending his time to serve process in this case, extending the deadline for filing of the initial case management statement, and resetting the case management conference. For good cause shown, the Court orders as follows:

1. Time to serve process shall be extended to October 15, 2008;

2. The case management conference shall be continued from August 6, 2008 at 1:30 p.m. to November 26, 2008 at 1:30 p.m.;

3. The CMC statement due date shall be continued from July 30, 2008 to November 19, 2008.

IT IS SO ORDERED

Date: _____

Edward M. Chen
Magistrate Judge
United States District Court
Northern District of California