PAUL F. UTRECHT (SBN# 118658)
paul@zulpc.com
JAMES B. KRAUS (SBN# 184118)
james@zulpc.com
ZACKS UTRECHT & LEADBETTER, P.C.
235 Montgomery Street, Suite 400
San Francisco, CA 94104
Tel: (415) 956-8100
Fax: (415) 288-9755

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND

| | |
|---|---|
| AUGUSTINE FALLAY,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION, DAVID PFEIFER, DAVID CARR, BRUCE WHITTEN, FIRST AMERICAN SPECIALTY INSURANCE COMPANY, ROBERT DALTON,<br><br>    Defendants. | ACTION NO: CV-08-2261-EMC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DATE TO SERVE SUMMONS AND COMPLAINT; AND TO RESET CASE MANAGEMENT CONFERENCE |

On July 29, 2008, Plaintiff moved this Court for an order extending his time to serve process in this case, extending the deadline for filing of the initial case management statement, and resetting the case management conference. For good cause shown, the Court orders as follows:

1. Time to serve process shall be extended to October 15, 2008;

2. The case management conference shall be continued from August 6, 2008 at 1:30 p.m. to November 26, 2008 at 1:30 p.m.;

3. The CMC statement due date shall be continued from July 30, 2008 to November 19, 2008.

IT IS SO ORDERED

Date:   August 4, 2008

_____
Edward M. Chen
United States Magistrate Judge
Northern District of California



CV-08-2261 EMC
Motion to Extend Time - order