IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTINE FALLAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY of SAN FRANCISCO, et al.,<br><br>　　　　Defendants.　　　　　　　／ | No. CV 08-02261 CRB<br><br>**ORDER DISMISSING FIRST AMENDED COMPLAINT** |

　　　Plaintiff Augustine Fallay alleges that he was the victim of a wide-ranging conspiracy that involved, among other things, his termination, investigation, and prosecution. In his First Amended Complaint, filed in June 2009, Fallay sued four separate groups of Defendants: (1) David Carr and Bruce Whitten, both agents of the FBI ("Federal Defendants"); (2) the City and County of San Francisco and employees David Pfeifer, Lawrence Badiner, Craig Nikitas, Amy Lee, and Karla Johnson ("City Defendants"); (3) First American Specialty Insurance Company and employees Robert Dalton and Cindy Lloyd ("Insurer Defendants"); and (4) Tony Fu and Crystal Lei, private citizens. Cmplt. at ¶¶ 4-15. All of the defendants have moved to dismiss and/or strike the Complaint.[1]

---

[1] The City Defendants have also moved to strike Docket Entry # 61, a "Response" filed by Plaintiff to the City Defendants' Rely. The Court DENIES this motion to strike, but reminds Plaintiff to abide by Local Rule 7-3(d) in any future filings.

As the Court explained at the motion hearing on December 18, 2009, the motions are GRANTED, with the following results.

As to the Federal Defendants:

- The complaint is dismissed for improper service.
- In the alternative, Plaintiff's claims against the Federal Defendants in their official capacities and in their individual capacities are dismissed with prejudice.

As to the City Defendants:

- The claims against David Pfeifer are dismissed with prejudice.
- The claims against Karla Johnson, Lawrence Badiner, Craig Nikitas, and Amy Lee are dismissed without prejudice.
- The FEHA claim is dismissed with prejudice.
- Plaintiff's remaining claims against the City are dismissed without prejudice.

As to the Insurer Defendants:

- The claims against Cindy Lloyd are dismissed without prejudice.
- The §§ 1981 and 1983 claims are dismissed with prejudice.
- The § 1985 claim is dismissed without prejudice.
- The claim for intentional infliction of emotional distress is dismissed with prejudice
- The malicious prosecution claim is dismissed without prejudice.
- The claim for breach of the covenant of good faith and fair dealing is dismissed with prejudice.
- The claim under Cal. Civil Code § 52.1 is dismissed without prejudice.

As to Fu and Lei:

- The claims against Fu and Lei are stricken based on Cal. Civ. Proc. Code § 425.16. In the alternative:
- The §§ 1981 and 1983 claims are dismissed with prejudice.
- The § 1985 claim is dismissed without prejudice.
- The claim under Cal. Civil Code § 52.1 is dismissed without prejudice.
- The malicious prosecution claim is dismissed without prejudice.
- The intentional infliction of emotional distress claim is dismissed with prejudice.

Plaintiff shall have thirty (30) days from the date of this Order in which to file a Second Amended Complaint, should he choose to do so. Plaintiff is reminded that a complaint must "give the defendant fair notice of what the . . . claim is and the grounds upon which it rests." Bell Atlantic v. Twombly, 550 U.S. 544, 555 (2007).

**IT IS SO ORDERED.**

Dated: December 21, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE