IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTINE FALLAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SF CITY AND COUNTY et al.,<br><br>　　　　Defendants.　　　　　　／ | No. C 08-2261 CRB<br><br>**ORDER GRANTING EXTENSION OF TIME** |

Defendants' motion for a six-day extension of time to e-file reply to Plaintiff's opposition is GRANTED. Defendants' reply is now due March 25, 2010.

**IT IS SO ORDERED.**

Dated: March 22, 2010

　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\2261\Mtn for Extension of Time.wpd