IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTINE FALLAY, | No. C 08-2261 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SAN FRANCISCO CITY AND COUNTY, et al., | |
| Defendants. | |

The Court, having granted Defendants' motions to dismiss Plaintiff's Second Amended Complaint, with prejudice, enters Judgment against Plaintiff and in favor of Defendants.

**IT IS SO ORDERED.**

Dated: June 22, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\2261\Judgment.wpd