IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTINE FALLAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No.: 08-2261 CRB (JSC)<br><br>**ORDER RE: DEFENDANTS' MOTION FOR CONTEMPT (Dkt. No. 132)** |

    Defendant Tony Fu and Defendant Crystal Lei's Motion for Contempt (Dkt. No. 132) has been referred to the undersigned Judge for a Report and Recommendation. Plaintiff's response to the motion shall be filed by March 1, 2012 and Defendants' reply, if any, shall be filed by March 8, 2012. The hearing on Defendants' Motion for Contempt is scheduled for March 22, 2012 at 9:00 a.m. in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

    Defendants Fu and Lei shall serve Plaintiff with a copy of this order.

1
2   **IT IS SO ORDERED.**
3
4   Dated: February 21, 2012
5   _____
    JACQUELINE SCOTT CORLEY
6   UNITED STATES MAGISTRATE JUDGE