1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  KIMBERLY A. BLISS, State Bar #207857
   Deputy City Attorneys
4  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
5  Telephone:    (415) 554-3861
   Facsimile:    (415) 554-3837
6
7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
   AMY LEE, KARLA JOHNSON, LAWRENCE BADINER,
8  CRAIG NIKITAS AND RAYMOND TANG

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| AUGUSTINE FALLAY, | Case No. CV-08-2261 (CRB) |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE FROM AUGUST 28, 2015 TO SEPTEMBER 11, 2015** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION, AMY LEE, KARLA JOHNSON, LAWRENCE BADINER, CRAIG NIKITAS, DAVID PFEIFER, DAVID CARR, BRUCE WHITTEN, FIRST AMERICAN SPECIALTY INSURANCE COMPANY, ROBERT DALTON, DONG XING FU, LI MING LEI, AND DOES 1-50, | Conference Date:  August 28, 2015<br>Conference Time:  8:30 a.m.<br>Judge:  Hon. Charles Breyer<br>Courtroom:  Courtroom 6, 17th Floor, 450 Golden Gate Avenue San Francisco<br><br>Trial Date:  Not set |
| Defendants. | |

### STIPULATED REQUEST FOR ORDER CHANGING TIME

This case was recently remanded from the Ninth Circuit Court of Appeals.

Plaintiff Augustine Fallay is appearing *In Pro Per*.

The Ninth Circuit upheld the dismissal of defendants Don Xing (Tony) Fu and Li Ming (Crystal) Lei. Accordingly, the remaining defendants in this case are:

| PARTY | COUNSEL |
|---|---|
| The City and County of San Francisco, and City employees Amy Lee, Karla Johnson, Lawrence Badiner and Craig Nikitas and Raymond Tang | Deputy City Attorney Kimberly A. Bliss |
| Federal employees David Carr and Bruce Whitten | Assistant United States Attorney Wendy Garbers |
| Robert Dalton and First American Specialty Insurance Co. | Gary R. Selvin, Esq.<br>Nancy Strout, Esq.<br>Selvin Wraith Halman LLP |

This Court set a case management conference for Friday August 28, 2015 at 8:30 a.m. The parties hereby stipulate to a request for an order continuing the initial case management conference to September 11, 2015 at 8:30 a.m. As described in the concurrently-filed declaration of Kimberly A. Bliss, counsel for the City defendants and counsel for the federal defendants, are unavailable for a Case Management Conference on August 28, 2014. Counsel for the City will be out of town on vacation, and counsel for the federal defendants will be out of town for a two-week mandatory training in South Carolina. Bliss Decl. ¶2.

Accordingly, the parties have met and conferred regarding mutually-agreeable available dates and respectfully request that the Court continue the CMC to September 11, 2015 at 8:30 a.m.

**IT IS SO STIPULATED.**

Dated: August 4, 2015

             By: **/s/ *Augustine Fallay*
               AUGUSTINE FALLAY

               Plaintiff, In Pro Per
               **Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.

| | |
|---|---|
| 1  Dated: August 4, 2015 | |
| 2 | DENNIS J. HERRERA |
|   | City Attorney |
| 3 | CHERYL ADAMS |
|   | Chief Trial Deputy |
| 4 | KIMBERLY A. BLISS |
|   | Deputy City Attorney |

By: /s/ Kimberly A. Bliss
    KIMBERLY A. BLISS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
AMY LEE, KARLA JOHNSON, LAWRENCE
BADINER, CRAIG NIKITAS AND RAYMOND TANG

Dated: August 4, 2015

MELINDA HAAG, United States Attorney
WENDY GARBERS, Assistant United State Attorney

By: **/s/ *Wendy Garbers*
    WENDY GARBERS

Attorneys for Defendants
DAVID CARR AND BRUCE WHITTEN

**Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.

Dated: August 4, 2015

SELVIN WRAITH HALLMAN LLP

By: **/s/ *Gary R. Selvin*
    GARY R. SELVIN, Esq.

Attorneys for Defendants
ROBERT DALTON AND FIRST AMERICAN
SPECIALTY INSURANCE CO.

**Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.

**DECLARATION IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME**

I, Kimberly A. Bliss, declare as follows:

1. I am a Deputy City Attorney in the Office of the San Francisco City Attorney, counsel of record to Defendants City and County of San Francisco, Amy Lee, Karla Johnson, Lawrence Badiner, Craig Nikitas and Raymond Tang. I have personal knowledge of the contents of this declaration, except where indicated otherwise, and I could and would testify competently thereto if called upon to do so.

2. Rule 6-2(a)(1), reasons for requested continuance. I am unavailable to attend a Case Management Conference on August 28, 2015, as I will be out of town on vacation, returning September 1, 2015. Additionally, I am informed and believe that counsel for the federal defendants, Wendy Garber, will also be out of town on August 28, 2015, to attend a two-week mandatory training in South Carolina. I have met and conferred with all parties, and the first mutually-agreeable Friday that all of the parties are available is September 11, 2015.

3. Rule 6-2(a)(2), previous time modifications. The parties have not made any prior requests to continue this first Case Management Conference since the case was remanded from the Ninth Circuit.

4. Rule 6-2(a)(3), effect of the proposed modification on the schedule for the case. No other case management dates have yet been set in this matter, so the requested continuance is not expected to affect any other deadlines.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed August 4, 2015 at San Francisco, California.

*/s/ Kimberly A. Bliss*
KIMBERLY A. BLISS

[proposed order on following page]

**ORDER**

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWN,** the Court hereby orders that the Case Management Conference in the above entitled action set for August 28, 2015, at 8:30 a.m. is hereby continued to September 11, 2015, at 8:30 a.m.  The parties shall file their Case Management Conference Statement on or before September 4, 2015.

**IT IS SO ORDERED.**

Dated: August 10, 2015                                    _____
                                                                              THE HONORABLE CHARLES BREYER
                                                                              UNITED STATES DISTRICT JUDGE