IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTINE FALLAY,<br><br>    Plaintiff,<br><br>v.<br><br>SAN FRANCISCO CITY AND COUNTY, et al.,<br><br>    Defendants. | No. C 08-2261 CRB<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION** |

Insurer Defendants'[1] Motion for Attorney Fees pursuant to California Code of Civil Procedure § 425.16(c) is now fully briefed. <u>See generally</u> Mot. for Fees (dkt. 183); Opp'n (dkt. 194); Reply (dkt. 196). Having carefully reviewed the parties' briefing, the Court finds this matter suitable for resolution without oral argument, pursuant to Civil Local Rule 7-1(b), VACATES the hearing currently scheduled for Friday, February 26, 2016, and takes the matter under submission. A written order will follow.

**IT IS SO ORDERED.**

Dated: February 24, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] The Insurer Defendants are First American Specialty Insurance Company, Robert Dalton and Cindy Lloyd.

G:\CRBALL\2008\2261\order moving motion for fees.wpd