IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTINE FALLAY, | No. C 08-2261 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SAN FRANCISCO CITY AND COUNTY, et al., | |
| Defendants. | |

The Court, having granted Insurer Defendants'[1] motion to strike Plaintiff's Third Amended Complaint under the anti-SLAPP statute (dkt. 180) and having granted Insurer Defendants' motion for attorneys' fees (dkt. 199), hereby ENTERS JUDGMENT for Insurer Defendants, and against Plaintiff, and awards Insurer Defendants attorneys' fees and costs affixed by the Court at $39,633.03.

**IT IS SO ORDERED.**

Dated: May 9, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] The Insurer Defendants are First American Specialty Insurance Company, Robert Dalton and Cindy Lloyd.

G:\CRBALL\2008\2261\judgment for id.wpd