UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTINE FALLAY,<br><br>　　　　Plaintiff.<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No.  08-cv-02261-CRB   (JCS)<br><br>**ORDER TO SHOW CAUSE** |

A continued judgment debtor examination of Augustine Fallay was set for September 30, 2016, at 9:00 AM.  Mr. Fallay was ordered to by the Court on August 26, 2016, to produce and bring the requested documents to the September 30 judgment debtor examination.  Mr. Fallay failed to produce the requested documents. See Order ECF Dkt 230.

IT IS HEREBY ORDERED that Augustine Fallay shall appear on **November 4, 2016, at 9:30 AM**, in Courtroom G, 15th Floor, San Francisco, California, and then and there show cause why he should not be sanctioned by paying attorneys' fees and costs for failure to comply with the judgment debtor examination.

IT IS SO ORDERED.

Dated: October 5, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTINE FALLAY,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 08-cv-02261-CRB   (JCS)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 5, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Augustine Fallay
8605 Thermal Street
Oakland, CA 94605

Dated: October 5, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO

2